ESTADO LIBRE ASOCIADO DE PUERTO RICO
EN EL TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| E CO, PSC.<br><br>    Recurrente<br><br>    v.<br><br>MUNICIPIO AUTONOMO DE MAYAGUEZ, DIVISIÓN DE SUBASTAS<br><br>    Recurrido<br><br>SEA HORSE WASTEWATER SERVICES, CSP<br><br>  Parte Con Interés | **KLRA202500228** | *REVISIÓN ADMINISTRATIVA Procedente de la Junta de Subastas del Municipio Autónomo de Mayagüez*<br><br>RFP Núm: 2025-009<br><br>Sobre: Control y prevención de Inundaciones Comunidad El Seco (Etapa I)<br><br>Proyecto Financiado con fondos del Programa FEMA Hazard Mitigation (Project Number 4671-0004) |

Panel integrado por su presidente, el Juez Sánchez Ramos,[1] el Juez Bonilla Ortiz y la Jueza Mateu Meléndez.

Bonilla Ortiz, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 15 de mayo de 2025.

El 16 de abril de 2025, ECo PSC (Eco o "parte recurrente") compareció mediante el *Recurso de Impugnación de Subasta* de epígrafe. En virtud de este, solicitó la revisión de una determinación de la Junta de Subastas del Municipio Autónomo de Mayagüez (Municipio o "parte recurrida") notificada el 8 de abril de 2025.

Sin embargo, el 24 de abril de 2025, el Municipio compareció mediante una *Moción en Solicitud de Desestimación por Falta de Jurisdicción por Razón de Academicidad*. En esta, solicitó se desestimara el recurso por falta de jurisdicción por academicidad. Indicó que, la Junta de Subastas canceló la adjudicación en controversia, por lo que, procederán a evaluar las

---

[1] En virtud de la Orden Administrativa OATA-2025-054, se designa al Hon. Roberto Sánchez Ramos.

ofertas y determinar la propuesta que más le conviene al Municipio.

El 7 de mayo de 2025, emitimos una *Resolución* mediante la cual solicitamos a la parte recurrente que mostrara causa por la cual no debíamos desestimar el recurso por su academicidad.

En cumplimiento con nuestra orden, el 12 de mayo de 2025, Eco presentó una moción mediante la cual solicitó el desistimiento voluntario sin perjuicio y sin la imposición de costas y honorarios de abogado.

Por consiguiente, en virtud de lo manifestado por las partes, y de conformidad con la Regla 83(B) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(B)[2] acogemos la solicitud de desistimiento y ordenamos el archivo del recurso.

**Notifíquese**.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[2] *Regla 83 – Desistimiento y desestimación*:
[…]
(B) Una parte podrá solicitar en cualquier momento la desestimación de un recurso por los motivos siguientes:
(1) que el Tribunal de Apelaciones carece de jurisdicción;
[…]
(5) que el recurso se ha convertido en académico.